Matter of Qiu (Commissioner of Labor) (2025 NY Slip Op 05027)

Matter of Qiu (Commissioner of Labor)

2025 NY Slip Op 05027

Decided on September 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 18, 2025

CV-25-0391
[*1]In the Matter of the Claim of Weixiong Qiu, Appellant. Commissioner of Labor, Respondent.

Calendar Date:August 29, 2025

Before:Clark, J.P., Reynolds Fitzgerald, Ceresia, Fisher and Mackey, JJ.

Weixiong Qiu, New York City, appellant pro se.
Letitia James, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 21, 2025, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.
Decision affirmed. No opinion.
Clark, J.P., Reynolds Fitzgerald, Ceresia, Fisher and Mackey, JJ., concur.
ORDERED that the decision is affirmed, without costs.